

# MANDATE

# Court of Appeals

# First District of Texas

NO. 01-14-00175-CV

RYAN COLTER, Appellant

V.

AMKIN TECHNOLOGIES, LLC, Appellee

Appeal from the 152nd District Court of Harris County.  (Tr. Ct. No. 2011-35412).

**TO THE 152ND DISTRICT COURT OF HARRIS COUNTY, GREETINGS:**

Before this Court, on the 25th day of June 2015, the case upon appeal to revise or to reverse your judgment was determined.  This Court made its order in these words:

> This case is an appeal from the final judgment signed by the trial court on February 11, 2014.  After submitting the case on the appellate record and the arguments properly raised by the parties, the Court holds that the trial court's judgment contains no reversible error.  Accordingly, the Court **affirms** the trial court's judgment.
>
> The Court **orders** that this decision be certified below for observance.
>
> Judgment rendered June 25, 2015.
>
> Panel consists of Chief Justice Radack and Justices Higley and Massengale. Opinion delivered by Chief Justice Radack.

**WHEREFORE, WE COMMAND YOU** to observe the order of our said Court in this behalf and in all things to have it duly recognized, obeyed, and executed.



September 4, 2015

Date

CHRISTOPHER A. PRINE
CLERK OF THE COURT

